**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

November 10, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States**<br><br>                Plaintiff,<br><br>*- against -*<br><br>**Markell Williams**<br><br>                Defendant. | **SCHEDULING ORDER**<br><br>7:22-cr-00047-KMK-3 |

TO ALL PARTIES:

The matter which has been scheduled for a hearing before the Honorable Paul E. Davison, United States Magistrate Judge, on **November 14, 2022 at 11:00 am** has been **cancelled**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Nov 10, 2022**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

11/10/22