# Law Offices of Ezra Spilke

MEMO ENDORSED

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

July 19, 2023

**By ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re:   *United States v. Markell Williams*, No. 22 Cr. 47 (S.D.N.Y.)

Your Honor:

I write to respectfully request permission for Daniel Hochheiser, counsel for Justice Jackson, to stand in on my behalf at next week's status conference in this case. I have vacation travel scheduled that week with my family. Thank you for your consideration of this request.

Granted.
Have a nice vacation.

So Ordered.
7/19/23

Respectfully submitted,

/s/ Ezra Spilke

cc:   All counsel of record, by ECF