## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

March 26, 2024

**By ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re:   *United States v. Markell Williams*, No. 22 Cr. 47 (S.D.N.Y.)

Dear Judge Karas:

      With the consent of the government, I write to respectfully request an adjournment of the April, 11, 2024, sentencing of Markell Williams. On December 5, 2023, Mr. Williams pleaded guilty, pursuant to a global plea agreement, to Count 2 of the indictment in this case as well as to Counts 1 and 5 of Indictment number 22 Cr. 641 before Judge Halpern. The parties have agreed that Count 2 of this case is relevant conduct to Count 1 of the 22 Cr. 641 case. Sentencing by Judge Halpern is scheduled for June 20, 2024.[1]

      The defense has collected 100s of pages of records relating to Mr. Williams' education, cognitive functioning, and family history that we need additional time to review. We are also working on locating additional teachers and family members to interview. In addition, I was on trial in *United States v. Jordan et al.*, 20 Cr. 305 (E.D.N.Y.) for the first two months of the year and am catching up on several deadlines. Accordingly, because of the significant overlap between this case and the 22 Cr. 641 case, I am seeking an adjournment to a date close to the sentencing hearing before Judge Halpern. I have conferred with AUSA Jennifer Ong who has no objection to this application. Thank you for your attention to this request.

Granted. Sentence is adjourned to 7/2/24, at 2:00

So Ordered.

Respectfully submitted,

/s/ Ezra Spilke

cc:   All counsel of record, by ECF

---

[1] In all, Mr. Williams faces Guidelines ranges of 57 to 71 months in this case and 188 to 235 months in the 22 Cr. 641 case. On top of whatever other sentence Mr. Williams receives, he faces a ten-year mandatory minimum for Count 5 of the 22 Cr. 641 indictment.