## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

**By ECF**                                                                June 12, 2024

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

      **Re:**    *United States v. Markell Williams*, No. 22 Cr. 47 (S.D.N.Y.)

Dear Judge Karas:

      With the consent of the government, I write to respectfully request an adjournment of the July 2, 2024, sentencing of Markell Williams. On December 5, 2023, Mr. Williams pleaded guilty, pursuant to a global plea agreement, to Count 2 of the indictment in this case as well as to Counts 1 and 5 of Indictment number 22 Cr. 641 before Judge Halpern. The parties have agreed that Count 2 of this case is relevant conduct to Count 1 of the 22 Cr. 641 case.[1]

      Judge Halpern rescheduled sentencing to September 26, 2024. Because of the significant overlap between this case and the 22 Cr. 641 case, Mr. Williams requests an adjournment to a date soon after the sentencing hearing before Judge Halpern. I have conferred with AUSA Margaret Vasu who has no objection to this application. This is Mr. Williams' second request for an adjournment. The first was granted. Thank you for your attention to this request.

                Respectfully submitted,

                *Ezra Spilke*

                Ezra Spilke

*Granted. Sentence is adjourned to 10/17/24, at 2:00*

cc:    All counsel of record, by ECF

*So Ordered*

*KMK*

*6/13/24*

---

[1] In all, Mr. Williams faces Guidelines ranges of 57 to 71 months in this case and 188 to 235 months in the 22 Cr. 641 case. On top of whatever other sentence Mr. Williams receives, he faces a ten-year mandatory minimum for Count 5 of the 22 Cr. 641 indictment.