# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

**By ECF**  October 4, 2024

The Honorable Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plain, New York 10601

  Re: *United States v. Markell Williams*, No. 22 Cr. 47 (S.D.N.Y.)

Dear Judge Karas:

  With the consent of the government, I write to respectfully request an adjournment of the October 17, 2024, sentencing of Markell Williams. On December 5, 2023, Mr. Williams pleaded guilty, pursuant to a global plea agreement, to Count 2 of the indictment in this case as well as to Counts 1 and 5 of Indictment number 22 Cr. 641 before Judge Halpern. The parties have agreed that Count 2 of this case is relevant conduct to Count 1 of the 22 Cr. 641 case.[1]

  Due to a scheduling conflict the Court had, Judge Halpern rescheduled sentencing to February 4, 2025. The Court noted, however, that it "will advance the sentencing date if an earlier date becomes available." Dkt. 193.

  Because of the significant overlap between this case and the 22 Cr. 641 case, Mr. Williams requests an adjournment to a date soon after the sentencing hearing before Judge Halpern. In the event that Judge Halpern advances the sentencing date because of an earlier availability, the parties may ask your Honor to advance the sentencing date in this case. I have conferred with AUSA Ryan Allison who has no objection to this application. This is Mr. Williams' third request for an adjournment. The first two, like this one, were requested in order to allow the RICO sentence to proceed first and were granted. Thank you for your attention to this request.

Granted. Sentence is adjourned to 4/7/25, at 10:00

So Ordered.  
10/4/24

Respectfully submitted,

Ezra Spilke

cc: All counsel of record, by ECF

---

[1] In all, Mr. Williams faces Guidelines ranges of 57 to 71 months in this case and 188 to 235 months in the 22 Cr. 641 case. On top of whatever other sentence Mr. Williams receives, he faces a ten-year mandatory minimum for Count 5 of the 22 Cr. 641 indictment.