UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Markell Williams,

          Defendant.

-------------------------------------------------------x

ORDER

Docket No. 22 CR 47 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Jill R. Shellow, Esq. is to assume representation of the defendant in the above captioned matter as of December 11, 2024. Ms. Shellow is appointed pursuant to the Criminal Justice Act. Her address is Law Offices of Jill R. Shellow, 15 Chester Avenue, White Plains, NY 10601, phone number 212-792-4911, Email: jrs@shellowlaw.com

Ezra Spilke is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       December 12, 2024