# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

June 4, 2025

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
KarasNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Markell Williams*, 22 CR 47 (KMK)

Dear Judge Karas:

Your Honor is scheduled to sentence Markell Williams in this matter on June 16, 2025 which is the same day that I am starting a trial before the Honorable Cathy Seibel. Accordingly, I am writing to request an adjournment of Mr. Williams' sentencing until July 31, 2025 at 2PM. This is a time when I understand Your Honor is available. I have conferred with the Government. They are available and consent to this request.

Granted. Sentence is moved to
7/31/25 at 2 pm.

So Ordered
6/4/25

Respectfully submitted,

Jill R. Shellow

cc:   All counsel (by Email and ECF)
      Markell Williams (by legal mail)

Admitted: NY, CT, DC