# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

July 21, 2025

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
KarasNYSDChambers@nysd.uscourts.gov

**RE:** *United States v. Markell Williams*, **22 CR 47 (KMK)**

Dear Judge Karas:

Your Honor is scheduled to sentence Markell Williams in this matter on July 31, 2025. I am writing to respectfully request that the deadlines for submitting the parties' sentencing memoranda be extended. I ask that the deadline for filing the defense submission be extended until Thursday, July 24, 2025 so that I can collect additional documents. I have conferred with the Government, and they consent. In return, I have consented to their request that the deadline for their submission be extended to Monday, July 28, 2025.

Thank you for your consideration.

The Court consents to all the consenting.

So Ordered.
7/21/25

Respectfully submitted,

Jill R. Shellow

cc: Markell Williams
AUSA Jennifer Ong
AUSA Ryan Allison
AUSA Margaret Vasu

Admitted: NY, CT, DC